**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**August 14, 2026**

**Via ECF**

# MEMO ENDORSED

Hon. Sidney H. Stein, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007
Tel: 212-805-0087

**Re: Hidalgo v. Annal Management Co. Ltd et al**
**Case No. 26-CV-04559 (SHS)(RFT)**
**Motion to Adjourn Conference**

Dear Judge Stein:

My firm represents plaintiff in the above-referenced action, and I respectfully write with the consent of opposing counsel, to request a 30-day adjournment of the August 20, 2026, initial conference. This request is being made because some additional time is need for certain issues to be addressed, including the death of one of the Defendants. No prior request for an adjournment of this Conference was made.

The parties have had some settlement discussions, and Plaintiff is also not opposed to a referral to the SDNY Mediation program.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

**The conference is adjourned to September 22 at 2:30 p.m. This case will be referred to the Court's Mediation Program.**

**Dated: New York, New York**
**August 17, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.