# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**October 29, 2026**

**Via ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007
Tel: 212-805-0087

**Re: Hidalgo v. Annal Management Co. Ltd et al**
**Case No. 26-CV-04559 (SHS)(RFT)**
**Motion to Adjourn Conference**

Dear Judge Stein:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request an adjournment of the November 12, 2026 initial conference to a date after the completion of mediation. This request is being made because the parties are currently scheduled for mediation on November 12, 2026, with a mediator from this Court's mediation panel. Two prior requests for an adjournment of this Conference were made and granted. If the case is settled, I will notify the Court promptly.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

**The conference is adjourned to Deember 17, 2026, at 11:00 a.m.**

**Dated: New York, New York**
**October 30, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**
~~~~~